# SUPREME COURT OF PENNSYLVANIA

138 A.3d 1–7

| | | | |
|---|---|---|---|
| Benet v. Thomas ... | 05/03/2016840 MAL (2015) | Denied | Pa.Super., 131 A.3d 85 |
| Bochetto & Lentz, P.C. v. WFIC, LLC | 04/26/2016514 EAL (2015) | Denied | Pa.Super., 125 A.3d 465 |
| Collier v. National Penn Bank ....... | 04/27/2016697 EAL (2015) | Denied | Pa.Super., 128 A.3d 307 |
| Com. v. Andrews ... | 05/03/20166 MAL (2016) | Denied | Pa.Super., 135 A.3d 651 |
| Com. v. Aponte ..... | 05/03/201692 MAL (2016) | Denied | Pa.Super., 136 A.3d 1024 |
| Com. v. Ayres [1] ..... | 04/27/2016035 MAL (2016) | Denied | Pa.Super., 134 A.3d 107 |
| Com. v. Baldwin [2] .. | 05/11/2016992 MAL (2015) | Denied | Pa.Super., 135 A.3d 648 |
| Com. v. Bass ....... | 04/20/2016686 EAL (2015) | Denied | Pa.Super., 134 A.3d 102 |
| Com. v. Beatty ..... | 05/03/20167 WAL (2016) | Denied | Pa.Super., 135 A.3d 648 |

1. Justice DONOHUE did not participate in the consideration or decision of this matter.
2. Justice WECHT did not participate in the consideration or decision of this matter.